IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| H2M, Inc.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Dane Boedigheimer, Spencer Grove, Annoying Orange, LLC, Annoying Orange, Inc., and Does 1–10,<br><br>　　　　　Defendants. | **ORDER ADOPTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SPENCER GROVE**<br><br>Case No. 3:13-cv-31 |

Before the court is the parties' stipulation to dismiss Defendant Spencer Grove with prejudice.[1] Upon consideration, the court **ADOPTS** the stipulation. This action against Defendant Spencer Grove, including all claims that were or could have been asserted in this action, is **HEREBY DISMISSED** with prejudice and without fees or costs to any party.

　　**IT IS SO ORDERED.**

　　Dated this 3rd day of April, 2015.

　　　　　　　　　　　　　　　　　　　　　　　／s／　Ralph R. Erickson
　　　　　　　　　　　　　　　　　　　　　Ralph R. Erickson, Chief District Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court

---

[1] Doc. #111.